UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ADAM SCHINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-269 |
| ) | |
| KRIS DUKE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON TRIAL SCHEDULE

This auto accident case will be ready for trial after January 1, 2024. For medical reasons, I am not able to come into court for trial purposes until September 1, 2025, which is probably longer than the parties wish to wait. Please confer and advise the court not later than November 15, 2024, whether you both wish to consent to trial in Burlington, Vermont before U.S. Magistrate Judge Kevin Doyle. The alternative will likely be a trial in Rutland before Judge Lanthier.

Dated at Burlington, in the District of Vermont, this 7th day of November, 2024.

/s/ Geoffrey W. Crawford
District Judge
United States District Court